JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO RUIZ CORIA, an individual, ALFREDO ALVIZURI, an individual,<br><br>    Plaintifs,<br><br>  v.<br><br>GENUINE PARTS COMPANY, a Georgia Corporation, dba NAPA AUTO PARTS, and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No.: 2:19-cv-05657-DSF-JC<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, each with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: June 12, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE